```
JDJ/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X    ECF CASE
POORNIMA BALASUBRAMANIAN,
                                         NOTICE OF REMOVAL

                         Plaintiff,      Defendant demand
                                         trial by jury.

                                         07-CV-8100

     -against-                            Supreme Court,
                                          New York County
ALFONSO S. SEVERINO, UNION CITY MIRROR
AND TABLE CO., and UNION CITY MIRROR      Index No.:
AND TABLE CO., INC.,                      110406/07
                         Defendants.
------------------------------------X    JUDGE BATTS
```

S I R S :

    PLEASE TAKE NOTICE, that the within is a true copy of a Notice of Removal filed in the above named Court.

    1.  This action is being removed from Supreme Court, New York County to the United States District Court for the Southern District of New York.

    2.  The basis for removal is 28 U.S.C. §1441(b).

    3.  The Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) in that the plaintiff, POORNIMA BALASUBRAMANIAN, resides at 579 West 17th Street, Apartment BE, New York, New York 10038 and is a resident and citizen of New York County, New York and defendants, ALFONSO D. SEVERINO, resides at 508 78th Street, North Bergen, New Jersey 07074 and is a resident and citizen of Bergen County, New Jersey; UNION CITY MIRROR AND TABLE CO., and UNION CITY

MIRROR AND TABLE CO., INC., have their principal place of business at 129 43th Street, Union City, New Jersey and they are residents and corporations of Hudson County, New Jersey and the matter in controversy exceeds the sum or value of $100,000.00 exclusive of interest and costs.

Dated:   New York, New York
         September 14, 2007

                                    DOWNING & PECK, P.C.


                              BY:        /s/
                                    JOHN M. DOWNING, JR. - 2518
                                    Attorneys for Defendants
                                    5 Hanover Square - 20th Floor
                                    New York, New York 10007
                                    212-514-9190
                                    File #: 3.1107

TO:  O'Donnell & McLaughlin
     Attorney for Plaintiff
     390 Manor Road
     Staten Island, New York 10314
     718-816-0247