JDJ/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
POORNIMA BALASUBRAMANIAN,                        **RULE 7.1 STATEMENT**

                Plaintiff,

                                      **07-CV-8100**

    -against-

                                      **ECF CASE**

ALFONSO S. SEVERINO, UNION CITY MIRROR
AND TABLE CO., and UNION CITY MIRROR           **JUDGE BATTS**
AND TABLE CO., INC.,
                Defendants.
------------------------------------------X

    Pursuant to Rule 7.1 FRCP, defendants, ALFONSO S. SEVERINO, UNION CITY MIRROR AND TABLE CO., and UNION CITY MIRROR AND TABLE CO., INC, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

    The defendants do not have any parent corporation or any subsidiaries and are not publicly held.

DATE:    New York, New York
          September 14, 2007

                                      BY:        /s/
                                           JOHN M. DOWNING, JR. - 2518