```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
POORNIMA BALASUBRAMANIAN                    ECF CASE

                Plaintiff,                  AFFIDAVIT
                                            OF SERVICE
    -against-
                                            07-CV-8100
ALFONSO S. SEVERINO, UNION CITY MIRROR
AND TABLE CO., and UNION CITY MIRROR
AND TABLE CO., INC.

                Defendants.
----------------------------------------X
```

STATE OF NEW YORK   )

COUNTY OF NEW YORK  ) ss.:

MEGHAN HOOD, being duly sworn, deposes and says: I am not a party of this action, I am over 18 years of age, and I reside in Brooklyn, New York.

That on September 17, 2007, deponent personally served a copy of the **NOTICE OF REMOVAL** upon:

```
O'Donnell & McLaughlin         Attention: Clerk of the Court
Attorneys for Plaintiff        SUPREME COURT, NEW YORK COUNTY
390 Manor Road                 60 Centre Street
Staten Island, New York 10314  New York, New York 10007
```

by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

```
                              /s/
                           MEGHAN HOOD
```

STATE OF NEW YORK   )
COUNTY OF NEW YORK  ) ss.:

    On the 17th day of June in the year 2007 before me, the undersigned, a Notary Public in and for said State, personally appeared **MEGHAN HOOD,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

```
                              /s/
                           Notary Public
```