*O'Donnell and McLaughlin*
*Attorneys at Law*

*James M. O'Donnell*
*Alan M. McLaughlin*

*Rosemary O'Donnell\**
*\*Admitted in N.Y. & N.J.*

Telephone (718) 816-0247
Fax (718) 816-6137

390 Manor Road
Staten Island, New York 10314

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

MEMO ENDORSED

RECEIVED
FEB 20 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

February 15, 2008

Hon. Deborah A. Batts
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re: Balasubmaranian v. Severino, et al.
      D/A: 11/09/05
      Our File: 06 P 006

Dear Judge Batts:

 Please be advised that I represent the plaintiff in the above referenced action.

 As per the Scheduling Order in this action, all discovery is to have been completed by February 15, 2008.

 All discovery in this action is complete, with the exception of the depositions of defendants Alfonso S. Severino and Union City Mirror and Table Company. I have been advised by defendant's attorney that Mr. Severino presently resides in the Dominican Republic, and they need additional time to produce him for a deposition.

 It is, therefore, requested that the time to complete all discovery be extended to April 15, 2008, and that all dates in the Scheduling Order also be extended 60 days. All parties consent to this request.

GRANTED
/DAB/

 Thank you for your courtesy herein.

          Very truly yours,

          Alan M. McLaughlin

AMM:lo

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
2/21/08

MEMO ENDORSED