SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------X
                                            INDEX NO.: 32004/06
ESTHER ROBIN and MAYER ROBIN,

                        Plaintiffs,
                                            STIPULATION TO
    - against -                             RESTORE ACTION TO
                                            ACTIVE STATUS AND
                                            FILE NOTE OF ISSUE
VILLA ROMA RESORT AND
CONFERENCE CENTER, INC.,

                        Defendant.
---------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that this action is restored to active status and the plaintiffs' time to file a Note of Issue is extended from February 2, 2008, to March 4, 2008.

An extension to file the Note of Issue is necessary because discovery is still outstanding.

Dated:  Staten Island, New York
        February 5, 2008

O'DONNELL & McLAUGHLIN, ESQS.          GORDON & SILBER, P.C.
By: ROSEMARY O'DONNELL, ESQ.           By: ANDREW B. KAUFMAN, ESQ.
Attorneys for Plaintiffs               Attorneys for Defendant
ESTHER ROBIN and MAYER ROBIN           VILLA ROMA RESORT AND
390 Manor Road                         CONFERENCE CENTER, INC.
Staten Island, New York 10314          355 Lexington Avenue
(718) 816-0247                         New York, New York 10017
                                       (212) 834-0600

SO ORDERED
                        JSC
        HON. HAROLD D. ROTHENBERG

FEB 07 2008

2006/32004 Stip. So ordered to Restore Action to Active Status and File a N/O/I (Page 2 of 2)

Case 1:07-cv-08100-DAB   Document 7   Filed 03/24/2008   Page 2 of 2

2008 FEB 11  AM 9:26

KINGS COUNTY CLERK