UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

POORNIMA BALASUBRAMANIAN,

        Plaintiff,

  - against -

ALFONSO D. SEVERINO, UNION CITY MIRROR
AND TABLE CO., and UNION CITY MIRROR
AND TABLE CO., INC.,

        Defendants.
----------------------------------X

NOTICE OF APPEARANCE

07-CV-8100
Plaintiff demands trial by jury.

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

    Enter my appearance as counsel for the plaintiff, POORNIMA BALASUBRAMANIAN, in this action.

    I certify that I am admitted to practice in this Court.

Dated: Staten Island, New York
       February 27, 2008

                          ALAN M. McLAUGHLIN, ESQ.-2107

                          O'DONNELL & McLAUGHLIN
                          Attorneys for Plaintiff
                          POORNIMA BALASUBRAMANIAN
                          Office and P.O. Address
                          390 Manor Road
                          Staten Island, New York 10314
                          (718) 816-0247

TO: DOWNING & PECK, P.C.
    Attorneys for Defendants
    ALFONSO D. SEVERINO, UNION CITY
    MIRROR AND TABLE CO., and
    UNION CITY MIRROR AND TABLE CO., INC.
    5 Hanover Square - 20th Floor
    New York, New York 10004

certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ Attorney's Certification

say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
_____. I have read the annexed

☐ Attorney's Verification by Affirmation

know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of _____ is

affirm that the foregoing statements are true under penalties of perjury.
Dated:
........................................................................
(Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF _____ ss:
_____ being sworn says: I am

☐ Individual Verification

in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

the _____ of _____

☐ Corporate Verification

a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on _____, 20__
........................................................................
(Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF   Richmond   ss:
   Janet Gallucci           being sworn says: I am not a party to the action, am over 18 years of age and reside at   Staten Island, New York
   On   March 4,        , 2008, I served a true copy of the annexed   Notice of Appearance
                          in the following manner:

☒ Service by Mail

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ Personal Service

by delivering the same personally to the persons at the address indicated below:

☐ Service by Electronic Means

by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ Overnight Delivery Service

by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Downing & Peck, P.C.
5 Hanover Square, 20th Floor
New York, New York 10004

Sworn to before me on   March 4,     , 2008
*Linda Olsen* (signature)
........................................................................
LINDA OLSEN
Notary Public, State of New York
No. 01OL4847002
Qualified in Richmond County
Commission Expires May 31, 2011

*Janet Gallucci* (signature)
........................................................................
Janet Gallucci    (Print signer's name below signature)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POORNIMA BALASUBRAMANIAN,

                                        Plaintiff,

   -against-

ALFONSO D. SEVERINO, UNION CITY MIRROR AND
TABLE CO., and UNION CITY MIRROR AND TABLE
CO., INC.

                                        Defendants.

---

## NOTICE OF APPEARANCE

---

**O'DONNELL & McLAUGHLIN**

*Attorneys for* Plaintiff, POORNIMA BALASUBRAMANIAN

390 MANOR ROAD
STATEN ISLAND, NEW YORK 10314
(718) 816-0247

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated:............................................ Signature..........................................................................................................

                                       Print Signer's Name...............................................................................

---

*Service of a copy of the within*                                         *is hereby admitted.*

Dated:

                                                                       *Attorney(s) for*

---

**PLEASE TAKE NOTICE**

☐ **NOTICE OF ENTRY** that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on         20

☐ **NOTICE OF SETTLEMENT** that an Order of which the within is a true copy will be presented for settlement to the Hon.         one of the judges of the within named Court, at
on        20   , at        M.

Dated:

                                                     **O'DONNELL & McLAUGHLIN**
                                *Attorneys for*

To:

                                                     390 MANOR ROAD
                                          STATEN ISLAND, NEW YORK 10314

*Attorney(s) for*