# O'Donnell and McLaughlin
### Attorneys at Law

Telephone (718) 816-0247
Fax (718) 816-6137

390 Manor Road
Staten Island, New York 10314

James M. O'Donnell
Alan M. McLaughlin

Rosemary O'Donnell*
*Admitted in N.Y. & N.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13, 2008

May 12, 2008

Hon. Deborah A. Batts
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007



RECEIVED
MAY 13 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re: Balasubmaranian v. Severino, et al.
Docket #: 07-CV-8100
D/A: 11/09/05
Our File: 06 P 006

Dear Judge Batts:

Please be advised that I represent the plaintiff in the above referenced action.

As per the Scheduling Order in this action, all discovery is to have been completed by April 15, 2008, and a Joint Pre-Trial Statement is due by May 30, 2008.

All discovery in this action is complete. My discussions with the defendants' attorney, John M. Downing, Jr., Esq., have led us both to believe that a settlement conference could possibly lead to a resolution of this action. It is, therefore, requested that a settlement conference be scheduled prior to the preparation of a Joint Pre-Trial Statement in this action.

It is, therefore, requested that a settlement conference be scheduled in this action and that all dates in the Scheduling Order also be extended another thirty (30) days. All parties consent to this request.  ] GRANTED
] DAB

Thank you for your courtesy herein.

Very truly yours,

Alan M. McLaughlin

AMM:jg

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
May 13, 2008