UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CV-8100

POORNIMA BALASUBRAMANIAN,

Calendar No.

Plaintiff(s)

against

STIPULATION
DISCONTINUING ACTION

ALFONSO D. SEVERINO, UNION CITY MIRROR
AND TABLE CO., and UNION CITY MIRROR
AND TABLE CO., INC.,

Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Staten Island, New York
        July 31, 2008

_____
DOWNING & PECK, P.C.

Attorney(s) for Defendant(s)
5 Hanover Square
New York, New York 10004

_____
O'DONNELL & McLAUGHLIN, ESQS.

Attorney(s) for Plaintiff(s)
390 Manor Road
Staten Island, New York 10314

Defendant

Address

Plaintiff

Address

Deborah A. Batts
U.S.D.J. 9/5/08